## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON ANTHONY W.,[1] et al., | Case No. 2:20-cv-3704 (BRM) |
| Petitioners, | |
| v. | **ORDER** |
| WILLIAM J. ANDERSON, et al., | |
| Respondents. | |

**THIS MATTER** having come before the Court on the petition for a writ of habeas corpus filed by Petitioners Jason Anthony W., Melvin A.A., Juan F.S.L., Guanglei J.,[2] Jiaqiang X., Isaias R.A., Tieku A., Nery A.C.M., Isaias N.C., and Nicolas M.M. (collectively, "Petitioner"), brought pursuant to 28 U.S.C. § 2241 challenging their ongoing immigration detention (ECF No. 1), and the Court having reviewed the petition, and for good cause appearing,

**IT IS** on this 28th day of April 2020,

**ORDERED** that for the reasons discussed in Standing Order 2020-10 and using this Court's discretion, the Clerk of the Court shall sever the petitioners after the first named petitioner and file all documents in the originally opened case into separate individual actions with one named petitioner, each with his/her own civil action number; the first named petitioner shall remain as the only named petitioner in this initially opened case; and it is further

---

[1] The petitioner is identified herein only by his first name and the first initials of his surnames in order to address certain privacy concerns associated with § 2241 immigration cases. The identification of petitioner in this manner comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.

[2] After the filing of this petition, Guanglei J., and Isaias N.C. were released from custody and their underlying motion for temporary restraining order was denied without prejudice as moot. (ECF No. 23 at 1.)

1

2

**ORDERED** that when these multi-petitioner cases are severed, each severed petitioner shall be responsible for paying the applicable filing fee or submitting a completed application to proceed *in forma pauperis*; and it is finally

**ORDERED** that all of the newly opened cases from this matter shall be assigned to the undersigned judge.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**