UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON ANTHONY W.,[1] et al., <br><br> Petitioners, <br><br> v. <br><br> WILLIAM J. ANDERSON, et al., <br><br> Respondents. | Case No. 2:20-cv-3704 (BRM) <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on the petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 and motion for a temporary restraining order (TRO) filed by Petitioner Jason Anthony W., (ECF No. 1), and the Court having granted the TRO on April 17, 2020 (ECF No. 23).

For good cause otherwise appearing,

**IT IS** on this 1st day of May 2020,

**ORDERED** that pursuant to Fed. R. Civ. P. 65 (b) (2), the temporary restraining order (ECF No. 23), granted on April 17, 2020, is extended until May 15, 2020.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

---

[1] The petitioner is identified herein only by his first name and the first initials of his surnames in order to address certain privacy concerns associated with § 2241 immigration cases. The identification of petitioner in this manner comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.