IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JASON ANTHONY W., : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> WILLIAM J. ANDERSON, et al., : <br> : <br> Respondents. : <br> : | Case No. 2:20-cv-3704 (BRM) <br><br> **ORDER** |

**IT APPEARING THAT:**

1. This matter is opened before the Court on petitioner Jason Anthony W.'s ("Petitioner"), an immigration detainee who is currently released pursuant to the Court's granting of Petitioner's temporary restraining order (ECF No. 23), petition for writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), and Motion for Preliminary Injunction (ECF No. 38), challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), in light of the COVID-19 pandemic.

2. The last declarations in opposition to and support of the motion for preliminary injunction were submitted in September and October 2020. (ECF Nos. 41 & 46.)

**IT IS** on this 8th day of March 2021,

**ORDERED** that within 5 days of the date of this ORDER, Respondents shall file an updated declaration describing the current conditions at Essex County Correctional Facility ("ECCF"), specifically the number of COVID-19 cases and preventative measures currently being taken at ECCF, as well as providing Petitioner's custody status and updated medical records, if any; it is further

**ORDERED** within 5 days of the filing of Respondents updated declaration, Petitioner may file an updated declaration; it is further

**ORDERED** the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** Petitioner's motion for preliminary injunction (ECF No. 38) pending the supplemental briefing. The Court shall reinstate said motion once the supplemental briefing ordered is received.

/s/Brian R. Martinotti
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**